

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-22-00013-CV

**THE HENDERSON-WESSENDORFF FOUNDATION**,
Appellant

v.

**PIONEER NATURAL RESOURCES USA, INC.,**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-08-00196-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's brief was originally due March 24, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to April 11, 2022. On April 11, 2022, appellant filed a motion requesting an additional extension of time to file the brief until May 11, 2022, for a total extension of 48 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file the brief **by May 11, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court